MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 26, 2014

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PHILIP FRANK                                    CIVIL ACTION

VERSUS                                          NUMBER: 12-0559

ZIMMER, INC., ET AL.                            SECTION: "A"(5)

<u>HEARING ON MOTION</u>

APPEARANCES:   Camala Capodice, Mindy Finnegan, Lawrence Kullman

MOTION:

(1)  Zimmer's Motion to Quash Subpoena Duces Tecum (Rec. doc. 125).

_____:    Continued to

_____:    No opposition

___1___:    Opposition

<u>ORDERED</u>

_____:    Dismissed as moot.

_____:    Dismissed for failure of counsel to appear.

_____:    Granted.

_____:    Denied.

MJSTAR(00:20)

    1   :     Other.   Within  one  (1) week, the digital model that
                plaintiff's expert has generated is to be provided to the
                defense which is to convey its agreement or disagreement
                with the model and the reasons therefor within one (1)
                week thereafter.


ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2